# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1274

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| Ramon Hernandez, also known as | * | **[UNPUBLISHED]** |
| Ramon Williams, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: September 5, 2001
Filed: September 20, 2001

_____

Before WOLLMAN, Chief Judge, LOKEN and HANSEN, Circuit Judges.

_____

PER CURIAM.

Ramon Hernandez pleaded guilty to possessing methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), and the district court[1] sentenced him to 262 months in prison and five years of supervised release. On appeal, Hernandez's counsel filed a brief -- arguing that Hernandez did not knowingly, intelligently, or voluntarily plead guilty because his trial counsel was ineffective -- and moved to

_____

[1]The HONORABLE MARK W. BENNETT, Chief Judge, United States District Court for the Northern District of Iowa.

withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967). Hernandez requested the appointment of new counsel but did not file a pro se supplemental brief.

The issue Hernandez's counsel seeks to raise may not be raised on direct appeal. <u>See</u> <u>United States v. Cain</u>, 134 F.3d 1345, 1352 (8th Cir. 1998). After reviewing the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, grant counsel's motion to withdraw, and deny Hernandez's request for new counsel.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.